# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

Aimee O'Neil,

    Plaintiff,

8:21 cv 71 23 cpT

v.

State of Florida,

    Defendant,

## ORIGINAL NEW COMPLAINT

The plaintiff alleges as follows:

1. This action is brought under 42 U.S.C.1983, for discrimination of Free Speech, under the First Amendment, under the Color of State law

2. This court has jurisdiction to hear cases over a 42 U.S.C.1983 Of The Civil Rights Act regarding free speech

3. Defendant is a state-government entity located at, The State of



Florida, Office of The Attorney General, PL-01, The Capitol,

Tallahassee, Florida 32399-1050

4. Defendants, individually or through an agent and by patterns of Discrimination are interfering with telecommunications on my Cellular phone by conspiring to discriminate and engage in practices That intentionally interfere with my rights, including violating the Fourteenth Amendment as well

5. The defendants are conspiring against my cell number to influence Lyft driver's by communicating text messages from my cell phone, Including confidential health information, this includes violations of Federal HIPPA laws, by disclosing confidential information to 3rd Party people who have no legitimate interest but are being influenced By state actors in a scheme conspiring against my rights, liberties, And freedom

A. Intercepting cellular phone communications

B. By influencing people, lyft driver, in a scheme to directly intimidate And conspire against my right to free speech

C. Florida is engaging in unlawful discriminatory practices in a conspiracy Of expoitation of my rights 42 U.S.C.1983

D. The defendants conduct is unlawful and bias, creating a prejudice of

My Constitutional rights

6. The defendants acts are meant to be willful, and taken in disregard For the rights of others 18 U.S.C. 241

7. The plaintiff has suffered injury as a result of the defendants discrimination And has suffered injury as a result of this conduct

WHEREFORE, the plaintiff prays that the court enter an injunctive order Restraining Florida, who has NO JURISDICTION or authority or concern Except to conspire against my rights, including the right to solitude

8. Declares that policies and provisions of 42 U.S.C.1983 are being Interfered with by a pattern of acts of malice intended to interfere With the health and safety of the plaintiff

9. Assessing and imposing federal fines and penalties directed at Punishing the State of Florida for discrimination as the acts are Done willfully and intentionally

10. A civil penalty should be imposed as to vindicate public interest Under 42 U.S.C. 1983

11. I hold a Nevada restraining order against Charlene O'Neil. Disclosing my confidential information to a person or party Who is not entitled to hold, possess or obtain such knowledge Violates Nevada law

The plaintiff requests any other relief as deemed appropriate as

Punishment

Dated: January 5, 2020

Aimee O'Neil
9717 Sandmist Avenue
Las Vegas, Nevada 89134
702-302-0481